UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SORIN Z. MIHALTAN,

    Plaintiff,                                                                                Case No. 18-cv-12413
                                                                                          Hon. Matthew F. Leitman

v.

CITIBANK,

    Defendant.

_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal With Prejudice and Without Costs by Plaintiff, this case is DISMISSED with prejudice and without costs.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: November 13, 2018

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2018, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                   Case Manager
                                                   (810) 341-9764